IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HAMILTON,<br><br>    Plaintiff,<br><br> v.<br><br>NURSE DEBRA TYLER, et al.,<br><br>    Defendants. | No. C 10-1436 RMW (PR)<br><br>ORDER DENYING AMENDED AND RENEWED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION |

    Plaintiff's amended and renewed emergency motion for a preliminary injunction is denied without prejudice. The instant action was dismissed for failure to state a claim on October 5, 2010, and the case was closed. No further filings will be entertained in this closed matter.

    IT IS SO ORDERED.

DATED: _____

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Order Denying Amended and Renewed Emergency Motion for Preliminary Injunction
G:\PRO-SE\SJ.Rmw\CR.10\Hamilton436postjud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HAMILTON,

        Plaintiff,

  v.

DEBRA TYLER et al,

        Defendant.

Case Number: CV10-01436 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Hamilton T-33081
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: March 28, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk